

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

| | |
|---|---|
| Cause Number: | 01-15-00925-CV |
| Trial Court Cause Number: | 15-CPR-027971 |
| Style: | Frances Harris |
| | **v** Lisa Annette Mosley Taylor |
| Date motion filed*: | August 8, 2016 |
| Type of motion: | Motion to Expedite Mandate |
| Party filing motion: | Appellee |
| Document to be filed: | |

Is appeal accelerated? ☐ YES   ☒ NO

Ordered that motion is:

☒   Granted

        If document is to be filed, document due: _____

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐   Denied

☐   Dismissed (*e.g.*, want of jurisdiction, moot)

☐   Other: _____

Judge's signature: /s/ Terry Jennings
        ☒ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date: August 16, 2016